# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 20, 2013

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 13-10089,    USA v. Dorothy Wiseman, et al
        USDC No. 4:11-CR-192-14

Dear Ms. Mitchell:

In this case, the 30-day transcript discount period expired on 5/8/13, and to date the transcript has not been filed. Therefore, the court reporter must discount the CJA 24 voucher by 10%. Additionally, in accordance with Fifth Circuit practice, if the transcript is not filed by 6/7/13, we will implement a 20% discount, **without further notice**.

        Sincerely,
        LYLE W. CAYCE, Clerk

        By: /s/Lyle W. Cayce
        Lyle W. Cayce

cc:  Mr. James Wesley Hendrix
     Mr. Andrew Ottaway
     Mr. James Warren St. John
     Ms. Ana P. Warren